Below is an order of the court.

_____
THOMAS M. RENN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                              )
                                                   )   Case No. _____
                                                   )
                                                   )
                                                   )   CONFIRMATION HEARING DATE:_____
                                                   )
                                                   )   **ORDER CONFIRMING PLAN**
                                                   )   **AND RESOLVING MOTIONS**
Debtor(s)                                          )

The debtor's plan having been provided to creditors and the Court having found that it complies with 11 USC § 1325, now, therefore IT IS ORDERED:

1. Debtor's plan (Docket # _____) is confirmed, and all relief requested in the plan is granted. All references to the plan are to the plan as modified by any amendment shown in ¶ 4 below.

2. Pursuant to 11 USC §522(f)(1), the following liens are avoided [listed alphabetically, and only one per line, including each creditor's name, service address, and lien type (e.g., judicial lien or non-purchase money security interest)]:

3.  Per the filed *Application for Compensation* (LBF 1305) and, if applicable, the *Fees and Expenses Itemization Through* _____ (LBF 1306), compensation to debtor's counsel of attorney fees of $_____ and expenses of $_____, of which $ _____ has been paid, leaving $_____ to be paid as funds become available per plan ¶ 4(c).

4. Debtor has moved to amend the plan by interlineation as follows, which amendments are allowed and become part of the confirmed plan:

5. The terms of this order are subject to any objection filed within 21 days by [listed alphabetically, and only one per line, including each creditor's name, service address]:

Additional Provisions, if any:

### 

*I certify that on _____ I provided this Order to the Trustee for submission to the court.*

_____
Debtor or Debtor's Attorney

Approved: **/s/ Zachariah D. Conway, OSB #165832 for**
_____
*Trustee*